IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02855–WDM–KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2007 MONACO M-40PDQ MOTOR HOME VIN 1RF4346X72043536,
2005 OPTIMA UTILITY TRAILER VIN 5MVWB24255E001500,
$104,800.00 UNITED STATES CURRENCY,
$83,000.00 UNITED STATES CURRENCY, and
$4,725.00 UNITED STATES CURRENCY,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Claimant Ronald Keller's "Motion to Stay Proceedings" (Doc. No. 23, filed February 14, 2011) is GRANTED. This case is stayed as to Claimant Ronald Keller, pursuant to 18 U.S.C. § 981(g)(2).

Dated: March 3, 2011