**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-02855-WJM-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2007 MONACO M-40PDQ MOTOR HOME VIN 1RF43464X72043536,
2005 OPTIMA UTILITY TRAILER VIN 5MVWB24255E001500,
$104,800.00 UNITED STATES CURRENCY,
$83,000.00 UNITED STATES CURRENCY, and
$4,725.00 UNITED STATES CURRENCY

    Defendants.

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO LIFT STAY**

This matter comes before the Court on the United States' Unopposed Motion to Lift Stay, filed October 11, 2011 (ECF No. 39).  Having reviewed the Motion and the Motion being unopposed, it is hereby GRANTED.  The stay entered in this case is LIFTED.

Claimant Ronald Keller shall file his answer or otherwise respond to Plaintiff's Complaint on or before November 9, 2011.

Dated this 20th day of October, 2011.

BY THE COURT:

William J. Martínez
United States District Judge