**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-02855-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** April 11, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Wayne Campbell |
| Plaintiff, | |
| v. | |
| 2007 MONACO M-40PDQ MOTOR HOME VIN 1RF4346X72043536, | Peter R. Bornstein |
| 2005 OPTIMA UTILITY TRAILER VIN 5MVWB24255E001500, | Ariel Zusya Benjamin (by phone) |
| $104,800.00 UNITED STATES CURRENCY, | |
| $83,000.00 UNITED STATES CURRENCY, and | |
| $4,725.00 UNITED STATES CURRENCY, | |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING
Court in session: 9:50 a.m.**
Court calls case. Appearances of counsel. Peter R. Bornstein appears on behalf of claimant Sharen DeLano and Ariel Zusya Benjamin appears on behalf of claimant Ronald Keller.

Motion Hearing is called regarding Claimant Sharen DeLano's Unopposed Motion to Reopen Scheduling Order [Doc. No. 53, filed March 16, 2012].

It is **ORDERED**:   Claimant Sharen DeLano's Unopposed Motion to Reopen Scheduling Order [53] is **GRANTED**. The discovery cut-off date of April 21, 2012, the dispositive motion deadline of May 25, 2012, and the Final Pretrial Conference set for July 26, 2012 at 9:45 a.m. are **VACATED**. Deadlines are **RESET** to the following dates and times:

Discovery cut-off: August 20, 2012
Dispositive Motion Deadline: September 20, 2012

>Plaintiff shall designate affirmative experts on or before June 20, 2012.
>Disclosure of Claimant's Experts: July 20, 2012
>Final Pretrial Conference: November 13, 2012 at 9:30 a.m.

Section 9, subsections f and g of the Scheduling Order [Doc. No. 47, filed November 21, 2011] is **AMENDED** to reflect all written discovery will be due 33 days prior to discovery cut-off.

**Court in Recess: 10:05 a.m.**
Hearing concluded.
Total In-Court Time     00:15

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.