**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-02855-WJM-KMT

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

v.

2007 MONACO M-40PDQ MOTOR HOME VIN 1RF43464X72043536,
2005 OPTIMA UTILITY TRAILER VIN 5MVWB24255E001500,
$104,800.00 UNITED STATES CURRENCY,
$83,000.00 UNITED STATES CURRENCY, and
$4,725.00 UNITED STATES CURRENCY,

　　　　　Defendants.

---

## FINAL JUDGMENT

---

　　　　Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of

Forfeiture, entered by the Honorable William J. Martínez, United States District Judge,

on October 9, 2012,

　　　　IT IS ORDERED that a forfeiture of

　　　　1.　　Defendant 2007 Monaco Motor Home VIN 1RF43464X72043536;

　　　　2.　　Defendant 2005 Optima Utility Trailer VIN 5MVWB24255E001500;

　　　　3.　　Defendant $104.800.00 United States Currency;

　　　　4.　　$68,000.00 of defendant $83,000.00 United States Currency;

　　　　5.　　Defendant $4,725.00 United States Currency;

is entered in favor of the United States, the United States shall have full and legal title to

the defendant property, and may dispose of it in accordance with law and in accordance

with the terms and provisions of the parties' Settlement Agreement;

IT IS FURTHER ORDERED that Final Judgment is entered for the United States of America, and a Certificate of Reasonable Cause, which the Final Order of Forfeiture constitutes, is GRANTED as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated this __11th__ day of October 2012, at Denver, Colorado.

APPROVED:

_____
Judge William J. Martínez
United States District Court

BY THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler_____
    Edward P. Butler, Deputy Clerk